UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>   JAMES CLARANCE WHITE<br>   JANICE ANN WHITE<br>                            Debtors | CASE NO: 07-32840<br>       (Chapter 13)<br><br>JUDGE LAWRENCE S. WALTER |

### REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4067227**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 5/ 13 | ELITE RECOVERY<br>%GALAXY<br>BOX 924529<br>NORCROSS, GA  30010 | 64.87 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 3/31/2011

Certificate of Service                    07-32840

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| JAMES CLARANCE WHITE | RICHARD E WEST | (13.1) |
| JANICE ANN WHITE | 195 E CENTRAL AVE | ELITE RECOVERY |
| 1153 LINDENBOROUGH COURT | BOX 938 | %GALAXY |
| MIAMISBURG, OH  45342 | SPRINGBORO, OH  45066 | BOX 924529 |
| | | NORCROSS, GA  30010 |

| (13.4) | (18.1n) |
| ELITE RECOVERY SERVICE | HOLLY N WOLF |
| BOX 3474 | MANLEY DEAS KOCHALSKI LLC |
| BUFFALO, NY  14240 | BOX 165028 |
| | COLUMBUS, OH  43216 |

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner            sv